**Electronically Filed
Supreme Court
SCWC-13-0000531
18-SEP-2015
12:43 PM**

SCWC-13-0000531

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

WILLIAM A. ARTHUR, SR., Individually, and
THE ESTATE OF MONA ARTHUR thru William A. Arthur, Sr.
as the Personal Representative,
Respondents/Plaintiffs/Appellants/Cross-Appellees,

vs.

STATE OF HAWAIʻI, DEPARTMENT OF HAWAIIAN HOME LANDS;
KAMEHAMEHA INVESTMENT CORPORATION; DESIGN PARTNERS INC.,
Respondents/Defendants/Appellees/Cross-Appellees,

and

COASTAL CONSTRUCTION CO., INC.;
SATO AND ASSOCIATES, INC.; and DANIEL S. MIYASATO,
Petitioners/Defendants/Appellees/Cross-Appellants,
_____

KAMEHAMEHA INVESTMENT CORPORATION,
Respondent/Third-Party Plaintiff/Appellee/Cross-Appellee,
vs.
KIEWIT PACIFIC CO.,
Respondent/Third-Party Defendant/Appellee/Cross-Appellee
_____

KIEWIT PACIFIC CO.,
Respondent/Fourth-Party Plaintiff/Appellee/Cross-Appellee,
vs.
PACIFIC FENCE, INC.,
Respondent/Fourth-Party Defendant/Appellee/Cross-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000531; CIVIL NO. 05-1-1981-11)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari filed by Petitioners/Defendants/Appellees/Cross-Appellants, Sato and Associates, Inc. and Daniel S. Miyasato, on August 7, 2015, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

IT IS FURTHER ORDERED that each of the parties listed below shall file a supplemental brief by October 5, 2015, not to exceed ten pages in length, addressing the following two issues:

(1) Is the duty to defend presented in Sato's non-insurance, construction contract with KIC coextensive with Sato's duty to indemnify?

(2) Given case law and legislative history, does Hawaiʻi Revised Statutes § 431:10-222 (2005), render void any provision in a construction contract requiring the promisor to <u>defend</u> "the promisee against liability for bodily injury to persons or damage to property caused by or resulting from the sole negligence or wilful misconduct of the promisee, the promisee's agents or employees, or indemnitee?"

DATED: Honolulu, Hawaiʻi, September 18, 2015.

| | |
|---|---|
| Kevin P.H. Sumida<br>for petitioners | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Brad S. Petrus<br>for respondent | /s/ Sabrina S. McKenna |
| Kamehameha Investment<br>Corporation | /s/ Richard W. Pollack |
| Michiro Iwanaga and<br>Wayne M. Sakai<br>for respondent<br>Coastal Construction<br>Co., Inc. | /s/ Michael D. Wilson |

